UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREA KISKERAVAGE, ANDREA YACHERA, JUAN DOMINGUEZ, KEILYN WILLIAMS, and KIM ALVAREZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>LEHIGH VALLEY HEALTH NETWORK, INC., THE BOARD OF DIRECTORS OF LEHIGH VALLEY HEALTH NETWORK, INC., THE EXECUTIVE COMPENSATION COMMITTEE OF LEHIGH VALLEY HEALTH NETWORK, INC. and JOHN DOES 1-30,<br><br>Defendants. | **Civil No. 5:24-cv-05567-JMG** |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, PRELIMINARY CERTIFICATION OF A CLASS FOR SETTLEMENT PURPOSES, APPROVAL OF FORM AND MANNER OF SETTLEMENT NOTICE, PRELIMINARY APPROVAL OF PLAN OF ALLOCATION, AND SCHEDULING OF FAIRNESS HEARING**

Plaintiffs Andrea Kiskeravage, Andrea Yachera, Juan Dominguez, Keilyn Williams, and Kim Alvarez ("Plaintiffs") by and through their undersigned counsel on behalf of the Lehigh Valley Health Network, Inc. 403(b) Plan Savings Plan (the "Plan"), respectfully submit this Unopposed Motion for Preliminary Approval of Class Action Settlement Agreement entered into with Defendants[1] (the "Settlement" or "Settlement Agreement), Approval of Form and Manner of Class Notice, Preliminary Approval of Plan of Allocation, and Scheduling of Fairness Hearing and respectfully move this Court for an Order granting the relief sought. The grounds for this motion

---

[1] "Defendants" refers to Lehigh Valley Health Network, Inc., the Board of Directors of Lehigh Valley Health Network, Inc., and the Executive Compensation Committee of Lehigh Valley Health Network, Inc.

1

are set forth in Plaintiffs and their Counsel's declarations and the memorandum of law in support of this motion, which are submitted contemporaneously herewith.

A Proposed Order is submitted herewith.

Dated:  September 22, 2025					Respectfully submitted,

**CAPOZZI ADLER, P.C.**

*/s/* Mark K. Gyandoh
Mark K. Gyandoh, Esquire
Attorney ID No. 88587
James A. Maro, Esquire
Attorney ID No. 86420
James A. Wells, Esquire
Attorney ID No. 83517
Giulia T. Conboy, Esquire
Attorney ID No. 335906
312 Old Lancaster Road
Merion Station, PA 19066
Tel: (610) 890-0200
Fax (717) 232-3080
Email: markg@capozziadler.com
          jamesm@capozziadler.com
          Jayw@capozziadler.com
          giuliac@capozziadler

Peter A. Muhic
Attorney ID 73501
**MUHIC LAW LLC**
923 Haddonfield Road, Ste. 300
Cherry Hill, NJ  08002
Tel: (856) 324-8252
Fax: (717) 233-4103
Email:  peter@muhiclaw.com

*Counsel for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2025, a true and correct copy of the foregoing document was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.

By: */s/ Mark K. Gyandoh*
Mark K. Gyandoh, Esq.